UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff-Appellee,<br><br> v.<br><br>DIEGO ARMANDO VALDOVINOS-<br>CALVELLO, a.k.a. Diego Valdovinos-<br>Calvello,<br><br>     Defendant-Appellant. | No. 16-50254<br><br>D.C. No. 3:16-cr-00110-GPC<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before:  THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

Appellee's motion to dismiss this appeal as moot (Docket Entry No. 22) is granted. This sentencing appeal is moot because appellant has fully served his custodial sentence and is not subject to a term of supervised release. *See United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**